UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CARLA YOUNG FREEMAN EL, | CASE NO. C25-1709-KKE |
| Plaintiff(s), | ORDER TO SHOW CAUSE |
| v. | |
| THEODORE STRAWA, | |
| Defendant(s). | |

Plaintiff filed this case on September 4, 2025.  Dkt. No. 1.  Under Federal Rule of Civil Procedure 4(m), Plaintiff must serve the complaint within 90 days of filing.  No proof of service has been filed, despite the Court's order to provide a service update no later than January 17, 2026.  Dkt. No. 5.  Accordingly, Plaintiff is ORDERED to show cause no later than February 20, 2026, why this case should not be dismissed for failure to prosecute.  If Plaintiff does not respond to this order, the Court will dismiss the case without prejudice.

Dated this 29th day of January, 2026.

Kymberly K. Evanson
United States District Judge

ORDER TO SHOW CAUSE - 1