UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CARLA YOUNG FREEMAN EL,

                   Plaintiff(s),

    v.

THEODORE STRAWA,

                   Defendant(s).

CASE NO. C25-1709-KKE

ORDER DISMISSING CASE

Plaintiff filed this case on September 4, 2025.  Dkt. No. 1.  Under Federal Rule of Civil Procedure 4(m), Plaintiff must serve the complaint within 90 days of filing.  No proof of service has been filed, however.  Plaintiff has failed to respond to the Court's order to provide a service update no later than January 17, 2026 (Dkt. No. 5) as well as the Court's order to show cause by February 20, 2026, why this case should not dismissed for failure to prosecute (Dkt. No. 7).

Accordingly, due to Plaintiff's failure to prosecute, this case is DISMISSED without prejudice.

Dated this 26th day of February, 2026.

Kymberly K. Evanson
United States District Judge

ORDER DISMISSING CASE - 1